IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                          Case No.  3:12-cr-33

                               Plaintiff,          O R D E R

              -vs-                                 JUDGE JACK ZOUHARY

Natasha N. Oliver,

                               Defendant.


        This criminal case was referred to United States Magistrate Judge James Knepp, with consent of the parties, to conduct a change of plea hearing. The Magistrate Judge filed his Report and Recommendation (R&R) (Doc. No. [8]); no Objection has been filed.

        This Court finds that the requirements of Federal Criminal Rule 11 have been satisfied; Defendant was properly afforded his rights under the United States Constitution; Defendant was correctly found to be competent, aware of the charges and consequences of conviction and of the waiver of his rights; and Defendant knowingly, intelligently and voluntarily consented to the Magistrate Judge and entered a guilty plea for which there was an adequate factual basis.

        After a *de novo* review of the record and R&R, the Magistrate's findings are adopted, Defendant's guilty plea is accepted, and a finding of guilty is entered.

        IT IS SO ORDERED.

                                        ___ s/ Jack Zouhary ____
                                        JACK ZOUHARY
                                        U. S. DISTRICT JUDGE

                                        February 22, 2012